UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIRECTV INC., <br>     Plaintiff(s), <br>   v. <br> RICARDO M. GAMATA, <br>     Defendant(s). | No. C04-3816 BZ <br><br> **CONDITIONAL ORDER OF DISMISSAL** |

The parties to this matter having advised the Court that they have agreed to a settlement, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and all scheduled matters are **VACATED**; provided, however, that any party may, within **30 days** of the date of this Order, move the Court to restore this matter to the calendar on the grounds that the settlement has not been consummated.

Dated: April 26, 2005

                                /s/ Bernard Zimmerman
                                Bernard Zimmerman
                                United States Magistrate Judge

G:\BZALL\-BZCASES\DIRECTV\GAMATA\ORDER OF CONDITIONALDISMISSAL.WPD