| | |
|---|---|
| 1 | Debra Healy Deem (Cal. Bar No.: 89183) |
| | Brandon Q. Tran (Cal. Bar No.: 223435) |
| 2 | **BUCHALTER NEMER** |
| | A Professional Corporation |
| 3 | 18400 Von Karman Avenue, Suite 800 |
| | Irvine, California 92612-0514 |
| 4 | Telephone: (949) 760-1121 |
| | Facsimile: (949) 720-0182 |
| 5 | E-Mail: btran@buchalter.com |
| 6 | **Attorneys for Plaintiff DIRECTV, INC.** |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| DIRECTV, INC., a California corporation, | Case No. CV-04-03816 BZ |
| Plaintiff, | Hon. Bernard Zimmerman |
| vs. | **REQUEST FOR VOLUNTARY DISMISSAL OF DEFENDANT RICARDO M. GAMATA; [PROPOSED] ORDER THEREON** |
| RICARDO M. GAMATA, | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff DIRECTV, Inc. ("DIRECTV") hereby respectfully requests that the Court enter an Order dismissing the above-captioned action with prejudice as to Defendant RICARDO M. GAMATA ("Defendant") **only**. This request is made on the grounds that Defendant and DIRECTV have entered into an agreement settling this matter. Pursuant to the terms of that agreement, DIRECTV agreed to voluntarily dismiss this action against Defendant, each party to bear its own attorneys' fees and costs incurred in this action to date.

Although on May 3, 2005, this Court dismissed without prejudice DIRECTV's claims against Defendant, DIRECTV is obligated under the terms of the settlement agreement to take all reasonable steps to obtain a dismissal of this action with prejudice against Defendant, each party to bear its own costs and attorney fees. DIRECTV files this Request in fulfillment of that obligation.

1 | Defendant answered the Complaint on or about March 2, 2005. DIRECTV, therefore, cannot unilaterally voluntarily dismiss this action against Defendant absent a Court order. Fed. R. Civ. P. 41(a). Accordingly, DIRECTV respectfully requests the entry of such an order dismissing Defendant with prejudice.

Defendant Ricardo M. Gamata is the last remaining active Defendant in this action. This entire action as to all remaining claims is therefore terminated in full.

DATED: August 3, 2006         Respectfully Submitted,

BUCHALTER NEMER
A Professional Corporation


By:  /s/ Brandon Q. Tran
Brandon Q. Tran
Attorneys for Plaintiff DIRECTV, Inc.

### ORDER

Having read the foregoing Request for Voluntary Dismissal of Defendant Ricardo M. Gamata filed by Plaintiff DIRECTV, Inc., and such other pleadings and papers deemed appropriate by the Court, and GOOD CAUSE appearing therefore, the Court ORDERS as follows:

1. This action is hereby dismissed with prejudice as against Defendant Ricardo M. Gamata only;

2. Each party shall bear its/his own attorney's fees and costs incurred in this action to date; and

3. As Defendant Ricardo M. Gamata is the last remaining active Defendant in this action, this entire action as to all remaining claims is hereby terminated in full.

DATED:    August 7, 2006

THE CLERK SHALL CLOSE THE FILE.

Honorable Bernard Zimmerman
United States District Judge
Northern District of California

*IT IS SO ORDERED*
*Judge Bernard Zimmerman*

BN 933739v1

**REQUEST FOR VOLUNTARY DISMISSAL OF DEFENDANT RICARDO M. GAMATA;
[PROPOSED] ORDER THEREON**

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.